STOKELEY, SCRIVER & DOMINICK, and I. M. ENGLE, for appellant. HARSH & FITTS, for appellee.

SAYRE, J.—Petition to review judgment and decision of Court of Appeals in *Continental Gin Co. v. Milbra*, 65 South. 424. Writ denied.

All the Justices concur.

---

### EX PARTE F. B. FISK COTTON CO.
(Decided January 21, 1915.)

CERTIORARI to Court of Appeals.

STEINER, CRUM & WEIL, for appellant. BALL & SAMFORD, for appellee.

GARDNER, J.—Certiorari to Court of Appeals to review judgment and decision in *Albany Warehouse Co. v. F. B. Fisk Cotton Co.*, 67 South. 728. Writ denied.

All the Justices concur.

---

### EX PARTE FLETCHER.
(Decided July 25, 1914.)

CERTIORARI to Court of Appeals.

PARKS & PRESTWOOD, for appellant. R. C. BRICKELL, Attorney General, for appellee.

Per curiam. Certiorari to Court of Appeals to review judgment and decision of the Court of Appeals in *Fletcher v. State*, 65 South. 683. Certiorari awarded on authority of *Ex parte Shell Fletcher*, 188 Ala. 1.

---

### EX PARTE FLETCHER.
(Decided July 25, 1914.)

CERTIORARI to Court of Appeals.

PARKS & PRESTWOOD, for appellant. R. C. BRICKELL, Attorney General, for appellee.

Per curiam. Certiorari to Court of Appeals to review judgment and decision of the Court of Appeals in *Fletcher v. State,* 65 South. 683. Certiorari awarded on authority of *Ex parte Shell Fletcher,* 188 Ala. 1.

---

## EX PARTE GUSTON.

(Decided June 30, 1914.)

CERTIORARI to Court of Appeals.

WERT & LYNNE, for appellant. R. C. BRICKELL, for appellee.

MCCLELLAN, J.—Petition for certiorari to review judgment and decision of Court of Appeals in *Guston v. State,* 10 Ala. App. 171, 65 South. 302. Writ denied.

All the Justices concur.

---

## EX PARTE HARWELL.

(Decided July 25, 1914.)

CERTIORARI to Court of Appeals.

W. H. & J. R. THOMAS, for appellant. JOHN R. TYSON, for appellee.

Per curiam. Petition to review judgment and decision of Court of Appeals in *Harwell v. Atlantic C. L. Ry. Co.,* 10 Ala. App. 587, 65 South. 711. Petition dismissed by agreement of parties.

---

## EX PARTE HOLLAND.

(Decided June 30, 1914.)

CERTIORARI to Court of Appeals.

JAMES E. HORTON, for appellant. R. C. BRICKELL, Attorney General, for appellee.